AO 451 (Rev. 01/09)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| PPD DEVELOPMENT, LP, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 7:10-CV166-H2 |
| CERIMON PHARMACEUTICALS, INC., | ) | |
| *Defendant* | ) | |

**CV 11  80  137 MISC**

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___11/09/2010___

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:   06/08/2011

**DENNIS P. IAVARONE, CLERK**
*CLERK OF COURT*

*James Atkinson*
Signature of Clerk or Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:10-CV-0166-H

| | |
|---|---|
| PPD DEVELOPMENT, LP, | : |
| Plaintiff, | : |
| vs. | :    CONSENT JUDGMENT |
| CERIMON PHARMACEUTICALS, INC., | : |
| Defendant. | : |

This matter has been presented to the Court upon consent of the parties, following service of the summons and complaint upon defendant Cerimon Pharmaceuticals, Inc. The Court finds as follows:

1. Plaintiff, PPD Development, LP (herein "PPD Development"), is a Texas limited partnership which has its principal place of business located in Wilmington, New Hanover County, North Carolina.

2. Defendant Cerimon Pharmaceuticals, Inc. (herein "Cerimon") is a Delaware corporation with its principal office and place of business in South San Francisco, California.

3. On or about September 18, 2007, plaintiff and defendant entered into a Master Services Agreement (the "Agreement") under which plaintiff agreed to provide certain clinical research services to defendant. The scope and extent of the services to be performed were set forth in four project addenda, two of which are dated December 30, 2008, and the other two of which are dated March 27, 2009 and April 6, 2009 (collectively, the "Project Addenda").

98178

4. On May 3, 2010, plaintiff and defendant entered into an agreement regarding accounts payable due plaintiff for services performed under the Agreement and the Project Addenda (the "Accounts Payable Agreement"). In the Accounts Payable Agreement, defendant Cerimon acknowledged its indebtedness to PPD Development in the amount of $2,369,908.70 and agreed to make payment in full of the balance due on or before Ausut 1, 2010. Defendant Cerimon Pharmaceuticals, Inc. failed to make the required payment due August 1, 2010 and is in default of payment under the Accounts Payable Agreement.

5. Defendant Cerimon Pharmaceuticals, Inc. is indebted to plaintiff PPD Development, LP in the sum of $2,211,468.70, together with interest at the legal rate of eight percent (8%) per annum from and after August 1, 2010, and plaintiff's reasonable attorney's fees of $331,720.31.

IT IS THEREFORE ORDERED by the Court that plaintiff PPD Development, LP have and recover of defendant Cerimon Pharmaceuticals, Inc. the sum of $2,211,468.70, together with interest at the legal rate of eight percent (8%) per annum from and after August 1, 2010, reasonable attorney's fees in the amount of $331,720.31, and the costs of this action..

This the 9th day of November, 2010.

The Honorable Malcolm Howard
United States District Court Judge

I certify the foregoing to be a true and correct copy of the original
Dennis P Iavarone, Clerk
United States District Court
Eastern District of North Carolina
By _____ Deputy Clerk

98178

WE CONSENT:

CERIMON PHARMACEUTICALS, INC.
Defendant

By: _____Gary Patou_____
         GARY PATOU
Title: __ACTING CEO__

/s/ Christopher W. Jones
Christopher W. Jones, NC State Bar No. 27265
WOMBLE CARLYLE SANDRIDGE & RICE
P. O. Box 831
Raleigh, NC 27602
Phone: 919-755-8173
Fax:   919-755-6771
cjones@wcsr.com
*Attorneys for Defendant*

/s/ Michael Murchison
Michael Murchison, NC State Bar No. 10621
MURCHISON, TAYLOR & GIBSON, PLLC
16 North Fifth Avenue
Wilmington, NC 28401
Phone: 910-763-2426
Fax:   910-763-6561
mmurchison@murchisontaylor.com
*Attorneys for Plaintiff*

982878